IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| KIRK MORGAN AND SHARON MORGAN, | § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 5:16-cv-01234 |
| v. | § § | |
| ALLSTATE INSURANCE COMPANY A/K/A ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, | § § § § | |
| Defendant. | § § | |

**AGREED STIPULATION OF DISMISSAL WITH PREJUDICE**

TO THE HONORABLE COURT:

Plaintiffs Kirk Morgan and Sharon Morgan and Defendant Allstate Vehicle and Property Insurance Company hereby dismiss all claims with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  The parties intend for this Agreed Dismissal to constitute a final disposition of their claims in accordance with their settlement agreement.

Respectfully submitted:

/s/*Thomas Mason Furlow*
Thomas Mason Furlow
State Bar No. 00784093
FURLOW LAW FIRM, PLLC
1032 Central Parkway South
San Antonio, TX 78232
Telephone: 210-910-4501
Telecopy:   210-910-4513
tfurlow@furlowlawfirm.com

        Malcolm C. Halbardier
        State Bar No. 08718000
        OFFICE OF MALCOLM C. HALBARDIER
        20115 Park Ranch
        San Antonio, TX 78259
        Telephone: 210-615-1244
        Telecopy:   210- 247-6135

        **ATTORNEY FOR PLAINTIFFS**

        /s/*Roger D. Higgins*
        Roger D. Higgins
        State Bar No. 09601500
        THOMPSON, COE, COUSINS & IRONS, L.L.P.
        700 N. Pearl Street, 25th Floor
        Dallas, Texas 75201
        Telephone:  214-871-8200
        Telecopy:   214-871-8209
        rhiggins@thompsoncoe.com

        **ATTORNEYS FOR DEFENDANT**
        **ALLSTATE VEHICLE AND PROPERTY**
        **INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2017, a true and correct copy of the foregoing document was served in compliance with the Federal Rules of Civil Procedure on all counsel of record.

Thomas Mason Furlow
FURLOW LAW FIRM, PLLC
1032 Central Parkway South
San Antonio, TX 78232
tfurlow@furlowlawfirm.com

        */s/Roger D. Higgins*
        Roger D. Higgins